Matter of McLaughlin

2026 NY Slip Op 03051

May 14, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Ethan Butler McLaughlin, an Attorney. (Attorney Registration No. 4593653.)

Decided and Entered:May 14, 2026

PM-106-26

Calendar Date: May 11, 2026

Before: Reynolds Fitzgerald, J.P., Ceresia, Mcshan, Mackey And Ryba, JJ.

Ethan Butler McLaughlin, Charlotte, Vermont, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

Ethan Butler McLaughlin was admitted to practice by this Court in 2008 and lists a business address in Montpelier, Vermont with the Office of Court Administration. McLaughlin now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose McLaughlin's application.

Upon reading McLaughlin's affidavit sworn to April 8, 2026, and filed April 13, 2026, and upon reading the May 7, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that McLaughlin is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Reynolds Fitzgerald, J.P., Ceresia, McShan, Mackey and Ryba, JJ., concur.

ORDERED that Ethan Butler McLaughlin's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Ethan Butler McLaughlin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Ethan Butler McLaughlin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and McLaughlin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Ethan Butler McLaughlin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.